UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim. No. 10-470 (PGS) |
| JERMAINE LOUIS | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Sarah Wolfe, Assistant U.S. Attorney), and defendant Jermaine Louis (by Candace Hom, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and one continuance having previously been granted by the Court on August 13, 2010, and the defendant being aware that he has the right to a trial within seventy (70) days of his initial appearance before the court, pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury

proceedings and any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 12 day of October, 2010,

ORDERED that this action be, and it hereby is, continued for a period of sixty (60) days from October 13, 2010; and it is further

ORDERED that the period from October 13, 2010 through and including December 11, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. PETER G. SHERIDAN
United States District Judge

Form and entry
consented to:

_____
Sarah M. Wolfe
Assistant U.S. Attorney

_____
Candace Hom, Esq.
Counsel for defendant Jermaine Louis